UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re: | Case No.        20-10552-TPA |
| SWITZER, HEATHER | Chapter 7 |
| Debtor | |
| | Document # |
| TAMERA OCHS ROTHSCHILD | Related Document # 46 |
| Trustee/Attorney Pro Se | |
| Movant | Hearing Date and Time: |
| v. | |
| QUANTUM3 GROUP LLC AS AGENT FOR AQUA FINANCE | Objection Date: |
| Respondents | |

---

**CERTIFICATE OF SERVICE OF**
**ORDER ON TRUSTEE'S OBJECTION TO CLAIM**

---

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 1, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

The types of service made on the parties was:

**Service by Electronic Notification**:

U.S. Trustee's Office                          Daniel P. Foster, Esq.
ustpregion03.pi.ecf@usdoj.gov                dan@mrdebtbuster.com

**Service by First-Class Mail**:

SWITZER, HEATHER
409 - 1 BISSELL AVENUE
OIL CITY  PA  16301

Quantum3 Group LLC as agent for Aqua Finance
P O Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for  Aqua Finance
Juanita Heights Building
12006 98th Ave NE
Kirkland, WA 98034

Aqua Finance inc.
2500 Pine Ridge Blvd.
Wausau, WI 54401

Total number sent by regular mail: _4_

Total number sent by electronic mailing: _2_

EXECUTED ON: September 1, 2021          _/s/ Tamera Ochs Rothschild, Trustee_
                                        Tamera Ochs Rothschild, Trustee/Pro Se
                                        PA Atty. I.D. No.50466
                                        318 W. Spring St.
                                        Titusville, PA 16354
                                        PHONE: (814) 827-2760
                                        FAX: (814) 827-2840
                                        trothschild@gmx.com