UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| In Re:<br>    SWITZER, HEATHER<br>               Debtor(s)<br><br>TAMERA OCHS ROTHSCHILD,<br>Trustee / Attorney Pro Se<br>               Movant<br>    v.<br>No Respondent | Case No.   20-10552-TPA<br>Chapter    7<br><br>Document #<br>Related Document # 50, 51<br><br>Hearing Date and Time: December 9, 2021 at 11:00 a.m.<br><br>Objection Date: December 4, 2021 |

---

**CERTIFICATE OF NO OBJECTION REGARDING
NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR
COMPENSATION AND DEADLINE TO OBJECT (NFR)**

---

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application/Motion filed on November 4, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application/Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Application/Motion were to be filed and served no later than December 4, 2021.

It is hereby respectfully requested that the Order attached to the Application/Motion be entered by the Court.


Dated: December 6, 2021        */s/ Tamera Ochs Rothschild, Trustee*
                                               Tamera Ochs Rothschild, Trustee/Pro Se
                                               PA Atty. I.D. No.50466
                                               318 W. Spring St.
                                               Titusville, PA 16354
                                               PHONE: (814) 827-2760
                                               FAX: (814) 827-2840
                                               trothschild@gmx.com