FILED
12/9/21 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10552-TPA |
| | : | | |
| Heather Switzer | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2021 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**      #50#55#56 Tee's Final Account, Proposed Distribution, Fee Appl.
                        #57 Response by Debtor filed by Trustee

**APPEARANCES:**
            Debtor: Daniel P. Foster
            Trustee: Tamera Ochs Rothschild

**NOTES:**

Switzer:        Name is Heather Clover now. Objecting to the amount required for you to pay.  Claims house should never been included in the bankruptcy.

Rothschild:     Gave background on the claim. The ex spouse retained Mark Aaron as special bankruptcy counsel.

Foster:         Provided background as to the nature of the distribution and counseling the Debtor.

**OUTCOME:**       #56 … GRANTED

*/s/ signature*
nms