FILED
12/10/21 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SWITZER, HEATHER<br><br>                      Debtor(s)<br><br>TAMERA OCHS ROTHSCHILD,<br>TRUSTEE, ATTORNEY PRO SE<br>                      Movant<br>    v.<br>NO RESPONDENT | Case No.    20-10552-TPA<br><br>Chapter    7<br><br>Document No.<br><br>Related Document No. 56<br><br>Hearing Date:  December 9, 2021 at 11:00 a.m.<br><br>Objection Deadline:   December 4, 2021 |

## ORDER ON
## TRUSTEE'S APPLICATION FOR COMPENSATION
## AS ATTORNEY PRO SE

This  **10th**  day of  **December**, 2021, after hearing and notice on the Application for Final Compensation for Tamera Ochs Rothschild, Attorney Pro Se,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** THAT: Trustee is authorized to pay Tamera Ochs Rothschild, Attorney Pro Se, first and final compensation in the amount of $860.00 and costs in the amount of $214.35 for services rendered to the bankruptcy estate.

BY THE COURT

_signature_  **nms**

THOMAS P. AGRESTI
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10552-TPA |
| Heather Switzer | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Dec 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

**Recip ID        Recipient Name and Address**
db            + Heather Switzer, 409 - 1 Bissell Avenue, Oil City, PA 16301-1603

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

**Name                Email Address**

Daniel P. Foster
on behalf of Debtor Heather Switzer dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Tamera Ochs Rothschild
trothschild@gmx.com  pa70@ecfcbis.com

Tamera Ochs Rothschild
on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com

William E. Craig

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Dec 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6