FILED
12/13/21 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SWITZER, HEATHER | CASE NO. 20-10552 TPA<br>Chapter 7 |
| Debtor(s)<br><br>TAMERA OCHS ROTHSCHILD, TRUSTEE,<br>ATTORNEY PRO SE, MOVANT<br><br>V.<br><br>NO RESPONDENTS | Document No.<br>Related Document No. 55<br>Hearing Date and Time December 9, 2021 at 11:00 a.m.<br><br>Objection Date: December 4, 2021 |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 13th day of December, 2021, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,198.00 is reasonable compensation for the services in this case by Tamera Ochs Rothschild, Trustee, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $17.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

THOMAS P. AGRESTI    nms
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Heather Switzer  
    Debtor

Case No. 20-10552-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 2  
Date Rcvd: Dec 13, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Heather Switzer, 409 - 1 Bissell Avenue, Oil City, PA 16301-1603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Heather Switzer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |
| William E. Craig | |

District/off: 0315-1 User: dkam Page 2 of 2
Date Rcvd: Dec 13, 2021 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6