FILED
12/13/21 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | :Case No. 20-10552 TPA |
| | :Chapter 7 -- Liquidation |
| **SWITZER, HEATHER** | : |
| | :Document No. |
| | : Related Document No. 50 |
| | : |
| **Debtor(s).** | : Hearing Date and Time: |
| TAMERA OCHS ROTHSCHILD, TRUSTEE, ATTORNEY PRO SE,  MOVANT | : Objection Date: |

V.

NO RESPONDENTS

## ORDER OF DISTRIBUTION

AND NOW, this  13th  day of     December    , 2021, the Trustee, Tamera Ochs Rothschild, Trustee, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
THOMAS P. AGRESTI    nms
U.S. BANKRUPTCY JUDGE

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-10552 TPA
Case Name: SWITZER, HEATHER
Trustee Name: Tamera Ochs Rothschild, Trustee

**Balance on hand:** $ 4,771.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,771.17

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Tamera Ochs Rothschild, Trustee | 1,198.00 | 0.00 | 1,198.00 |
| Trustee, Expenses - Tamera Ochs Rothschild, Trustee | 17.00 | 0.00 | 17.00 |
| Trustee's Firm Legal, Fees - Tamera Ochs Rothschild, Attorney Pro Se | 860.00 | 0.00 | 860.00 |
| Trustee's Firm Legal, Expenses - Tamera Ochs Rothschild, Attorney Pro Se | 214.35 | 0.00 | 214.35 |

Total to be paid for chapter 7 administration expenses: $ 2,289.35
Remaining balance: $ 2,481.82

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 2,481.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,089.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 1,089.84 | 0.00 | 1,089.84 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for priority claims: | $ | 1,089.84 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 1,391.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,627.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Rocket Loans | 4,333.86 | 0.00 | 152.24 |
| 4 | Citibank, N.A. | 3,878.52 | 0.00 | 136.24 |
| 5 | Citibank, N.A. | 1,957.81 | 0.00 | 68.77 |
| 6 | NPRTO North-East, LLC | 2,164.54 | 0.00 | 76.03 |
| 7 | Lendmark Financial Services, LLC | 2,769.57 | 0.00 | 97.29 |
| 8 | Capital One Bank (USA), N.A. | 7,042.23 | 0.00 | 247.37 |
| 9 | Capital One Bank (USA), N.A. | 3,543.79 | 0.00 | 124.48 |
| 10 | Resurgent Receivables, LLC | 2,908.14 | 0.00 | 102.15 |
| 11 | Resurgent Receivables, LLC | 4,110.09 | 0.00 | 144.37 |
| 12 | Synchrony Bank | 4,856.51 | 0.00 | 170.59 |
| 13 | Quantum3 Group LLC as agent for | 2,062.51 | 0.00 | 72.45 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,391.98 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $53.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Pennsylvania Department of Revenue | 53.20 | 0.00 | 0.00 |
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Date:    October 14, 2021         Signed:  /s/      Tamera Ochs Rothschild
                                  Tamera Ochs Rothschild, Trustee
                                  318 W. Spring St.
                                  Titusville, PA 16354
                                  (814) 827-2760

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10552-TPA |
| Heather Switzer | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Heather Switzer, 409 - 1 Bissell Avenue, Oil City, PA 16301-1603 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Heather Switzer dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com  pa70@ecfcbis.com |
| William E. Craig | |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6