Tamera Ochs Rothschild, Trustee
318 W. Spring St.
Titusville, PA  16354
(814) 827-2760
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | |
|---|---|
| In re:<br>SWITZER, HEATHER<br>Debtor(s) | § § § § § Case No. 20-10552-TPA<br>Chapter 7<br>Document No. |
| Tamera Ochs Rothschild,<br>Trustee/Attorney Pro Se  Movant | |
| V | |
| No Respondents | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Tamera Ochs Rothschild, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $40,548.05      Assets Exempt: $34,532.55
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,481.82      Claims Discharged
                                                           Without Payment: $50,615.09

Total Expenses of Administration: $2,310.18

---

**UST Form 101-7-TDR (10/1/2010)**

3) Total gross receipts of $ 4,792.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,792.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $80,280.00 | $14,519.66 | $14,519.66 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,310.18 | 2,310.18 | 2,310.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,100.00 | 1,089.84 | 1,089.84 | 1,089.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,556.30 | 39,680.77 | 39,680.77 | 1,391.98 |
| **TOTAL DISBURSEMENTS** | $130,936.30 | $57,600.45 | $57,600.45 | $4,792.00 |

4) This case was originally filed under Chapter 7 on August 20, 2020. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2022            By: /s/Tamera Ochs Rothschild, Trustee
                                              Trustee, Bar No.: 50466

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 977 Main Street, Rimersburg, PA 16248-0000, Clar | 1110-000 | 4,792.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,792.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Quantum3 Group LLC as agent for | 4210-000 | 14,873.00 | 14,519.66 | 14,519.66 | 0.00 |
| NOTFILED | Chrysler Capital | 4110-000 | 24,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Quicken Loans | 4110-000 | 41,358.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$80,280.00** | **$14,519.66** | **$14,519.66** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Tamera Ochs Rothschild, Trustee | 2100-000 | N/A | 1,198.00 | 1,198.00 | 1,198.00 |
| Trustee Expenses - Tamera Ochs Rothschild, Trustee | 2200-000 | N/A | 17.00 | 17.00 | 17.00 |
| Attorney for Trustee Fees (Trustee Firm) - Tamera Ochs Rothschild, Attorney Pro Se | 3110-000 | N/A | 860.00 | 860.00 | 860.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - Tamera Ochs Rothschild, Attorney | 3120-000 | N/A | 214.35 | 214.35 | 214.35 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 7.67 | 7.67 | 7.67 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 8.16 | 8.16 | 8.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,310.18** | **$2,310.18** | **$2,310.18** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Pennsylvania Department of Revenue | 5800-000 | N/A | 1,089.84 | 1,089.84 | 1,089.84 |
| NOTFILED | IRS | 5200-000 | 1,100.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$1,100.00** | **$1,089.84** | **$1,089.84** | **$1,089.84** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Pennsylvania Department of Revenue | 7300-000 | N/A | 53.20 | 53.20 | 0.00 |
| 2 | Rocket Loans | 7100-000 | 4,112.00 | 4,333.86 | 4,333.86 | 152.24 |
| 4 | Citibank, N.A. | 7100-000 | 3,878.00 | 3,878.52 | 3,878.52 | 136.24 |
| 5 | Citibank, N.A. | 7100-000 | 1,957.00 | 1,957.81 | 1,957.81 | 68.77 |
| 6 | Prog Leasing LLC | 7100-000 | 2,167.00 | 2,164.54 | 2,164.54 | 76.03 |
| 7 | Lendmark Financial Services, LLC | 7100-000 | 2,672.00 | 2,769.57 | 2,769.57 | 97.29 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 7,042.00 | 7,042.23 | 7,042.23 | 247.37 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 3,543.00 | 3,543.79 | 3,543.79 | 124.48 |
| 10 | Resurgent Receivables, LLC | 7100-000 | 2,538.00 | 2,908.14 | 2,908.14 | 102.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Resurgent Receivables, LLC | 7100-000 | 3,724.00 | 4,110.09 | 4,110.09 | 144.37 |
| 12 | Synchrony Bank | 7100-000 | 4,856.00 | 4,856.51 | 4,856.51 | 170.59 |
| 13 | Quantum3 Group LLC | 7100-000 | 1,841.00 | 2,062.51 | 2,062.51 | 72.45 |
| NOTFILED | Comenity Bank/Fashion Bug | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 351.16 | N/A | N/A | 0.00 |
| NOTFILED | Freedom Debt Relief, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | UPMC | 7100-000 | 5,752.80 | N/A | N/A | 0.00 |
| NOTFILED | West Penn Power | 7100-000 | 281.56 | N/A | N/A | 0.00 |
| NOTFILED | Scratch Financial | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Nations | 7100-000 | 1,977.00 | N/A | N/A | 0.00 |
| NOTFILED | DSRM National Bank | 7100-000 | 778.00 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Gas | 7100-000 | 939.17 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 936.61 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$49,556.30** | **$39,680.77** | **$39,680.77** | **$1,391.98** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-10552-TPA  
**Case Name:** SWITZER, HEATHER  

**Period Ending:** 02/08/22

**Trustee:** (580770) Tamera Ochs Rothschild, Trustee  
**Filed (f) or Converted (c):** 08/20/20 (f)  
**§341(a) Meeting Date:** 10/16/20  
**Claims Bar Date:** 03/22/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 977 Main Street, Rimersburg, PA 16248-0000, Clar<br>02/25/21 range of max recover is 4791 - 14521 depending on whether wife waives exemption.<br>Wife exemption $9729.75 might be waived.<br>other costs entry is H's 1/2 interest I cannot recover + $4800 broker fees only (not total costs of suit sale and recovery) = 24121.00 costs entry<br>2.1.20 emi Spouse analysis excel sheet 1/2 = 38642/2 or 19321 each. Trusee agrees, see below calculation. Proposes settlement at $19321 - broker fee credit $4800 or 14521 if the exemption is not waived, if it is waived he would pay 19321-9729 (exemption claimed) = 9592 less $4800 broker fee.He gets his half and has to pay for wife's interest.  This analysis looks good. Max equity for recovery is as stated.<br><br>Trustee calc $80-41358 lien = 38642 equity  divided by 2 = 19321 each<br>Spouse appraisal d:1.14.21 $80k<br>New appraisal by spouse being prepared, considering offer by mid February if appraisal complete.<br>Tc H's atty review old appraisal $76k  -  Lien $41 = 34,642 divided by  2  =  17,321 H and 17,321 W who after keeping her exemption leaves payment to Trustee of $7591.25 to release, but H still has to deal with W in her eq d claim balance.<br>tc H's atty in bky on divorce<br>fmv per 341 testamony $90k<br>Imported from original petition Doc# 9 | 37,500.00 | 4,791.25 | | 4,792.00 | FA |
| 2 | 2017 Jeep Cherokee, 60,600 miles, Location: 409<br>Imported from original petition Doc# 9 | 17,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2008 Pontiac G5, Location: 409 -1 Bissell Avenue<br>Imported from original petition Doc# 9 | 4,062.00 | 0.00 | | 0.00 | FA |
| 4 | 2013 Autumn Ridge, Camper Located at 977 Main St<br>Imported from original petition Doc# 9 | 7,975.00 | 0.00 | | 0.00 | FA |
| 5 | Various Household Goods and Furnishings Summary<br>Imported from original petition Doc# 9 | 4,434.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-10552-TPA  
**Case Name:** SWITZER, HEATHER  

**Trustee:** (580770)  Tamera Ochs Rothschild, Trustee  
**Filed (f) or Converted (c):** 08/20/20 (f)  
**§341(a) Meeting Date:** 10/16/20  

**Period Ending:** 02/08/22  
**Claims Bar Date:** 03/22/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 6  Electronics  Imported from original petition Doc# 9 | 2,100.00 | 0.00 | | 0.00 | FA |
| 7  Clothes  Imported from original petition Doc# 9 | 200.00 | 0.00 | | 0.00 | FA |
| 8  Jewelry  Imported from original petition Doc# 9 | 20.00 | 0.00 | | 0.00 | FA |
| 9  Cash  Imported from original petition Doc# 9 | 20.00 | 0.00 | | 0.00 | FA |
| 10  Checking 6218: Clarion Community Bank  Imported from original petition Doc# 9 | 91.29 | 0.00 | | 0.00 | FA |
| 11  Savings 9007: Clarion County Community Bank  Imported from original petition Doc# 9 | 880.00 | 0.00 | | 0.00 | FA |
| 12  Checking 5401: Clarion Federal Credit Union  Imported from original petition Doc# 9 | 6.16 | 0.00 | | 0.00 | FA |
| 13  Savings 5401: Clarion Federal Credit Union  Imported from original petition Doc# 9 | 7.30 | 0.00 | | 0.00 | FA |
| 14  401 (K): T. Row Price  Imported from original petition Doc# 9 | 1,487.30 | 0.00 | | 0.00 | FA |
| 15  2020 Tax Refund: Federal  Imported from original petition Doc# 9 | 1,765.00 | 0.00 | | 0.00 | FA |
| 16  Prudential Term Life Insurance: Bradon Switzer  Imported from original petition Doc# 9 | 0.00 | 0.00 | | 0.00 | FA |
| **16  Assets  Totals** (Excluding unknown values) | **$78,048.05** | **$4,791.25** | | **$4,792.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distribution to unsecured creditors: Priority claims 100% and general unsecured claims 3.5%.

**Initial Projected Date Of Final Report (TFR):**    February 16, 2020      **Current Projected Date Of Final Report (TFR):**    September 1, 2021  (Actual)

Printed: 02/08/2022 03:23 PM    V.20.40

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 20-10552-TPA  
**Case Name:** SWITZER, HEATHER  

**Taxpayer ID #:** **-***3914  
**Period Ending:** 02/08/22  

**Trustee:** Tamera Ochs Rothschild, Trustee (580770)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0091 - Checking Account  
**Blanket Bond:** $9,932,890.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/21 | {1} | Mark T. Arron, Esquire | settlement escrow pending Order | 1110-000 | 4,792.00 | | 4,792.00 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,787.00 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 7.67 | 4,779.33 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 8.16 | 4,771.17 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 7.64 | 4,763.53 |
| 10/07/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -7.64 | 4,771.17 |
| 12/27/21 | 101 | Tamera Ochs Rothschild, Attorney Pro Se | Dividend paid 100.00% on $860.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 860.00 | 3,911.17 |
| 12/27/21 | 102 | Tamera Ochs Rothschild, Trustee | Dividend paid 100.00% on $1,198.00, Trustee Compensation; Reference: | 2100-000 | | 1,198.00 | 2,713.17 |
| 12/27/21 | 103 | Tamera Ochs Rothschild, Attorney Pro Se | Dividend paid 100.00% on $214.35, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 214.35 | 2,498.82 |
| 12/27/21 | 104 | Tamera Ochs Rothschild, Trustee | Dividend paid 100.00% on $17.00, Trustee Expenses; Reference: | 2200-000 | | 17.00 | 2,481.82 |
| 12/27/21 | 105 | Pennsylvania Department of Revenue | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 5800-000 | | 1,089.84 | 1,391.98 |
| 12/27/21 | 106 | Rocket Loans | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 152.24 | 1,239.74 |
| 12/27/21 | 107 | Citibank, N.A. | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 136.24 | 1,103.50 |
| 12/27/21 | 108 | Citibank, N.A. | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 68.77 | 1,034.73 |
| 12/27/21 | 109 | Prog Leasing LLC | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 76.03 | 958.70 |
| 12/27/21 | 110 | Lendmark Financial Services, LLC | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 97.29 | 861.41 |
| 12/27/21 | 111 | Capital One Bank (USA), N.A. | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 247.37 | 614.04 |
| 12/27/21 | 112 | Capital One Bank (USA), N.A. | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 124.48 | 489.56 |
| 12/27/21 | 113 | Resurgent Receivables, LLC | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 102.15 | 387.41 |
| 12/27/21 | 114 | Resurgent Receivables, LLC | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 144.37 | 243.04 |
| 12/27/21 | 115 | Synchrony Bank | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 170.59 | 72.45 |

Subtotals :    $4,792.00    $4,719.55

{} Asset reference(s)

Printed: 02/08/2022 03:23 PM    V.20.40

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 20-10552-TPA  
**Case Name:** SWITZER, HEATHER  
**Taxpayer ID #:** **-***3914  
**Period Ending:** 02/08/22  

**Trustee:** Tamera Ochs Rothschild, Trustee (580770)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0091 - Checking Account  
**Blanket Bond:** $9,932,890.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/21 | 116 | Quantum3 Group LLC | Pursuant to Orders of Distribution and Compensation D#61, 63, 64 | 7100-000 | | 72.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,792.00 | 4,792.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,792.00 | 4,792.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,792.00** | **$4,792.00** | |

Net Receipts : 4,792.00  
Net Estate : $4,792.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0091** | 4,792.00 | 4,792.00 | 0.00 |
| | $4,792.00 | $4,792.00 | $0.00 |

{} Asset reference(s)

Printed: 02/08/2022 03:23 PM   V.20.40